UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
TRANSQUAY LIMITED PARTNERSHIP,

          Plaintiff,

- against -

GLOBAL MARITIME NAVIGATION LTD.,
and KREMIKOVTZI A.D. a.k.a. KREMIKOVTZI
CORP. a.k.a. KREMIKOVTSI,

          Defendants.
-------------------------------------------------------X

Judge McMahon

07 CV 11130

07 CV _____
ECF CASE



RECEIVED
DEC 10 2007
U.S.D.C. S.D.N.Y.
CASHIERS

### DISCLOSURE OF INTERESTED PARTIES
### PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

          NONE.

Dated: December 10, 2007
       New York, NY

          The Plaintiff,
          TRANSQUAY LIMITED PARTNERSHIP,

          By: /s/ Lauren C. Davies
          Lauren C. Davies (LD 1980)
          Thomas L. Tisdale (TT 5263)
          TISDALE LAW OFFICES, LLC
          11 West 42nd Street, Suite 900
          New York, NY 10036
          (212) 354-0025 – phone
          (212) 869-0067 – fax
          ldavies@tisdale-law.com
          ttisdale@tisdale-law.com