USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRANSQUAY LIMITED PARTNERSHIP,

               Plaintiff,

    - against -

GLOBAL MARITIME NAVIGATION LTD.,
a.k.a. GLOBAL MARITIME NAVIGATION OOD,
a.k.a. GLOBAL MERITAYM NEVIGEYSHAN,
a.k.a. NOVAIDEYA-2004, KREMIKOVTZI
A.D. a.k.a. KREMIKOVTZI CORP. a.k.a.
KREMIKOVTSI, KREMIKOVTZI TRADE
E.O.O.D. a.k.a. KREMIKOVTZI TRADE LTD.
a.k.a. KREMIKOVTSI TREYD, FINMETALS
HOLDING A.D. a.k.a. FINMETALS HOLDING
EAD a.k.a. DARU METALS LTD.,
GSHL BULGARIA S.A., GLOBAL STEEL
HOLDINGS LTD., a.k.a. GLOBAL STEEL
a.k.a. GSHL, STEEL SHIPPING AND
FORWARDING PLC a.k.a. STIL SHIPING END
FORUARDING a.k.a. SSF, and STEMCOR
(UK) LIMITED a.k.a. STEMCOR UK LIMITED,

               Defendants.
------------------------------------------------------------X

07 CV 11130 (CM)
ECF CASE

## ORDER GRANTING LEAVE TO FILE SECOND AMENDED VERIFIED COMPLAINT

**WHEREAS**, on February 1, 2008 Plaintiff, TRANSQUAY LIMITED PARTNERSHIP sought leave to file a Verified Second Amended Complaint, and

**WHEREAS**, the Court has reviewed the Plaintiff's application for leave and its proposed Verified Second Amended Complaint and finds that leave is warranted pursuant to Federal Rule of Civil Procedure 15(a), it is hereby

**ORDERED** that Plaintiff is granted leave of Court to file its Verified Second Amended Complaint.

Dated: February 1, 2008

SO ORDERED:

_____
U.S.D.J.