William R. Bennett, III, Esq.
Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant STEMCOR UK LIMITED
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:    646-328-0120
Facsimile:    646-328-0121

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
TRANSQUAY LIMITED PARTNERSHIP,                    07 CV 11130 (CM)
                                                   ECF CASE
                      Plaintiff,

          - against -                              **Rule 7.1 Statement**

GLOBAL MARITIME NAVIGATION LTD.,
a.k.a. GLOBAL MARITIME NAVIGATION OOD,
a.k.a. GLOBAL MERITAYM NEVIGEYSHAN,
a.k.a. NOVAIDEYA-2004, KREMIKOVTZI A.D.
a.k.a. KREMIKOVTZI CORP., a.k.a.
KREMIKOVTSI, KREMIKOVTZI TRADE
E.O.O.D., a.k.a. KREMIKOVTZI TRADE LTD.,
a.k.a. KREMIKOVTZI TREYD, FINMETALS
HOLDING ALD., a.k.a. FINMETALS HOLDING
EAD, a.k.a. DARU METALS LTD., GSHL
BULGARIA S.A., GLOBAL STEEL HOLDINGS
LTD., a.k.a. GLOBAL STEEL a.k.a. GSHL, STEEL
SHIPPIONG AND FORWARDING PLC, a.k.a.
STIL SHIPING END FORUARDING, a.k.a. SSF,
and STEMCOR (UK) LIMITED, a.k.a. STEMCOR
UK LIMITED,

                      Defendants.
------------------------------------------------------------------X

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel for defendant (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which own 10 percent or more of said parties' stock: **NONE**.

Dated: New York, New York
February 15, 2008

             Bennett, Giuliano, McDonnell & Perrone, LLP
             Attorneys for Defendant
             STEMCOR UK LIMITED

             /s/ William R. Bennett, III
             William R. Bennett, III
             494 Eighth Avenue, 7th Floor
             New York, New York 10001
             Telephone: (646) 328-0120

**TO:** Thomas Tisdale, Esq.
    Tisdale & Lennon, LLC
    11 West 42nd Street, Suite 900
    New York, New York 10036

Z:\Documents\All Files\D769 Transquay\Pleadings\Caption-020808.doc