BENNETT, GIULIANO, MCDONNELL
    & PERRONE, LLP
Attorneys for STEMCOR U.K. LIMITED
494 Eighth Avenue, 7th floor
New York, New York 10001
Telephone:   (646) 328-0120
William R. Bennett, III  (WB 1328)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRANSQUAY LIMITED PARTNERSHIP,

                            Plaintiff,                        07 Civ. 11130 (CM)

                  - against -

GLOBAL MARITIME NAVIGATION, LTD.,
et al.,

                          Defendants.
------------------------------------------------------------X

## NOTICE FOR REQUEST FOR PROMPT HEARING
## PURSUANT TO RULE E(4)(f)

Upon the annexed Memorandum of Law in support of Order to Show Cause to (1) vacate the Court's Orders of January 23 and February 1, 2008 granting plaintiff the right to serve writs of attachment against Stemcor UK Limited and (2) dismiss the action against defendant Stemcor UK Limited, or in the alternative (3) order plaintiff to post counter-security in an amount equal to what plaintiff has attached, and upon all the papers and proceedings had herein, defendants move for an order requiring plaintiff show cause before the Honorable Colleen McMahon, Court room 21B of this Court at the Courthouse thereof located at 500 Pearl Street, New York, New York 10007, on a day to be scheduled by the Court why an order should not be entered herein: (1) vacating the Rule B writs of attachment entered on January 23 and February 1, 2008 as against Stemcor U.K. Limited, (2) dismissing Stemcor U.K. Limited as

a defendant, or, in the alternative (3) requiring plaintiff to post counter-security in an amount equal to what has been attached.

Dated: New York, New York
       February 15, 2008

                              Bennett, Giuliano, McDonnell & Perrone, LLP
                              Attorneys for Defendant
                              STEMCOR UK LIMITED

                              William R. Bennett, III
                              494 Eighth Avenue, 7th Floor
                              New York, New York 10001
                              Telephone:    (646) 328-0120

**TO:**    Thomas Tisdale, Esq.
           Tisdale & Lennon, LLC
           11 West 42nd Street, Suite 900
           New York, New York 10036

## **CERTIFICATE OF SERVICE**

I, WILLIAM R. BENNETT, III, an attorney duly admitted to practice in the Courts of the State of New York and in this District, hereby certify that on February 15, 2008, I personally caused a copy of the foregoing to be served on the following attorneys via ECF:

Thomas Tisdale, Esq.
Tisdale Law Offices
11 West 42nd Street, Suite 900
New York, New York 10036

William R. Bennett, III

Z:\Documents\All Files\D767 Fieldston School\Pleadings\CERTIFICATE OF SERVICE-ReRule7.1Stmt-020708.doc