UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

TRANSQUAY LIMITED PARTNERSHIP,                    :

             Plaintiff,                          :

                                               :          07 CV 11130 (CM)
    - against -                                 :          ECF CASE

                                            :

GLOBAL MARITIME NAVIGATION LTD.,                  :
a.k.a. GLOBAL MARITIME NAVIGATION OOD, :
a.k.a. GLOBAL MERITAYM NEVIGEYSHAN,      :
a.k.a. NOVAIDEYA-2004, KREMIKOVTZI          :
A.D. a.k.a. KREMIKOVTZI CORP. a.k.a.            :
KREMIKOVTSI, KREMIKOVTZI TRADE              :
E.O.O.D. a.k.a. KREMIKOVTZI TRADE LTD.     :
a.k.a. KREMIKOVTSI TREYD, FINMETALS         :
HOLDING A.D. a.k.a. FINMETALS HOLDING       :
EAD a.k.a. DARU METALS LTD.,                        :
GSHL BULGARIA S.A., GLOBAL STEEL             :
HOLDINGS LTD., a.k.a. GLOBAL STEEL           :
a.k.a. GSHL, STEEL SHIPPING AND                  :
FORWARDING PLC a.k.a. STIL SHIPING END    :
FORUARDING a.k.a. SSF, and STEMCOR           :
(UK) LIMITED a.k.a. STEMCOR UK LIMITED,   :

                                            :

             Defendants.                        :
------------------------------------------------------------------X

## AFFIDAVIT OF THOMAS L. TISDALE
## IN SUPPORT OF PLAINTIFF'S OPPOSITION TO
## MOTION TO VACATE MARITIME ATTACHMENT

State of Connecticut  )
                )    ss: Town of Southport
County of Fairfield    )

      THOMAS L. TISDALE, being duly sworn, deposes and says:

      1.      I am a member of the Bar of this Court and represent the Plaintiff herein.  I am

familiar with the facts of this case and make this Affidavit in support of Plaintiff's Opposition to

Defendant Stemcor's motion to vacate maritime attachment.

2.     Pursuant to a fixture recap dated August 17, 2007 based on the terms of an amended Americanized Welsh Coal Charter with Riders dated August 16, 2007, the Plaintiff chartered the "MV ZETLAND" (the "Vessel") to Global Maritime Navigation Ltd. ("GMN") for the carriage of a cargo of iron ore from Brazil to Bulgaria.

3.     Pursuant to the terms of the fixture recap and a guarantee letter dated August 21, 2007, Kremikovtzi Corp. ("K.C.") was the guarantor of GMN's performance under the charter party.

4.     Certain disputes arose between the parties regarding GMN and K.C.'s failure to pay demurrage due and owing to Plaintiff under the charter party.

5.     Despite due demand, GMN and K.C. have failed to pay the demurrage due and owing to plaintiff in breach of the charter party.

6.     Pursuant to the charter party, disputes arising thereunder with claims exceeding $100,000 are to be submitted to the High Court of Justice in England and Wales with English law to apply.

7.     Plaintiff has commenced court proceedings in accordance with the charter party.

8.     In order to obtain personal jurisdiction over the Defendants and to obtain security for its maritime claims, Plaintiff commenced this action on December 10, 2007, by the filing of a Verified Complaint which included a prayer for an Ex-Parte Order for Process of Maritime Attachment pursuant to Rule B [of the Supplemental Rules for Certain Admiralty and Maritime Claims] naming Global Maritime Navigation Ltd. and Kremikovtzi A.D. a.k.a. Kremikovtzi Corp. a.k.a. Kremikovtsi.

9.      On the same day, the Court issued an Ex-Parte Order of Maritime Attachment and Garnishment. The Ex-Parte Order authorized Plaintiff to attach Defendants' property located within this judicial district and belonging the Defendants up to the sum of $965,188.63.

10.     On January 23, 2008, a Verified Amended Complaint which included a prayer for an Amended Ex-Parte Order for Process of Maritime Attachment pursuant to Rule B was filed and named several additional alter ego defendants including but not limited to Stemcor UK Limited.

11.     The Ex-Parte Order and Process of Maritime Attachment and Garnishment ("PMAG") named garnishee banks believed to have assets due and owing to the Defendants. The Ex-Parte Order and PMAG were served upon the garnishee banks.

12.     On or about January 29, 2008, $777,688.63 of property belonging to Stemcor UK Limited was attached at garnishee Bank of New York.

13.     On or about January 29, 2008, $187,500.00 of property belonging to Stemcor UK Limited was attached a garnishee Deutsche Bank.

14.     Plaintiff is currently restraining a total sum of $965,188.63 in property belonging to the defendant.

15.     As required by Local Rule B.2, plaintiff provided the defendant, Stemcor UK Limited, with prompt notice of the attachment of its assets.

16.     On February 1, 2008, a Verified Second Amended Complaint was filed which included a prayer for an Amended Ex-Parte Order for Process of Maritime Attachment pursuant to Rule B.

17.     Shortly thereafter, this Court issued an Amended Ex-Parte Order of Maritime Attachment and Garnishment.  The Amended Ex-Parte Order authorized Plaintiff to attach

3

Defendants' property located within this judicial district and belonging the Defendants up to the sum of $965,188.63.

18.     Plaintiff duly served the garnishee banks including but not limited to Deutsche Bank and Bank of New York with the Amended Ex Parte Order based upon the Verified Second Amended Complaint.

19.     The Verified Second Amended Complaint added no additional parties but included considerable additional allegations with supporting evidence of the alleged alter ego relationship between GMN, Kremikovtzi and Stemcor.

20.     As Plaintiff's claims are currently fully secured, the Amended Ex Parte Order and accompanying process of maritime attachment are not currently being served on the garnishee banks.

21.     As is demonstrated in the Verified Second Amended Complaint, at all material times Defendant Stemcor was the alter-ego of defendants GMN and Kremikovtzi. *See Verified Second Amended Complaint annexed hereto as Exhibit "1."*

22.     Various news sources including CNNMoney.com have stated recently that Kremikovtzi is under-capitalized and has failed to meet many of its investment pledges. *See Exhibit "2" for current news articles.*

Dated: February 22, 2008
      Southport, CT

                                          Thomas L. Tisdale

Sworn and subscribed to before me
this 22nd day of February, 2008

Commissioner of the Superior Court

4

**AFFIRMATION OF SERVICE**

I hereby certify that on February 22, 2008 a copy of the foregoing AFFIDAVIT OF

THOMAS L. TISDALE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT

STEMCOR'S MOTION TO VACATE MARITIME ATTACHMENT was filed electronically

and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent

by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone

unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF

system.


By:_____/s/_____
            Thomas L. Tisdale

# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TRANSQUAY LIMITED PARTNERSHIP,    :

            Plaintiff,    :

     - against -    :

GLOBAL MARITIME NAVIGATION LTD.,    :
a.k.a. GLOBAL MARITIME NAVIGATION OOD,:
a.k.a. GLOBAL MERITAYM NEVIGEYSHAN,    :
a.k.a. NOVAIDEYA-2004, KREMIKOVTZI    :
A.D. a.k.a. KREMIKOVTZI CORP. a.k.a.    :
KREMIKOVTSI, KREMIKOVTZI TRADE    :
E.O.O.D. a.k.a. KREMIKOVTZI TRADE LTD.    :
a.k.a. KREMIKOVTSI TREYD, FINMETALS    :
HOLDING A.D. a.k.a. FINMETALS HOLDING    :
EAD a.k.a. DARU METALS LTD.,    :
GSHL BULGARIA S.A., GLOBAL STEEL    :
HOLDINGS LTD., a.k.a. GLOBAL STEEL    :
a.k.a. GSHL, STEEL SHIPPING AND    :
FORWARDING PLC a.k.a. STIL SHIPING END    :
FORUARDING a.k.a. SSF, and STEMCOR    :
(UK) LIMITED a.k.a. STEMCOR UK LIMITED,    :

            Defendants.    :

------------------------------------------------------------X



RECEIVED
FEB 0 1 2008
U.S.D.C. S.D. N.Y.

07 CV 11130 (CM)
ECF CASE

## VERIFIED SECOND AMENDED COMPLAINT

Plaintiff, TRANSQUAY LIMITED PARTNERSHIP ("Plaintiff"), by and through its

attorneys, Tisdale Law Offices LLC, as and for its Verified Second Amended Complaint against

the Defendants, GLOBAL MARITIME NAVIGATION LTD. a.k.a. GLOBAL MARITIME

NAVIGATION OOD a.k.a. GLOBAL MERITAYM NEVIGEYSHAN a.k.a. NOVAIDEYA-

2004 ("GMN"), KREMIKOVTZI A.D. a.k.a. KREMIKOVTZI CORP. a.k.a. KREMIKOVTSI

("K.C."), KREMIKOVTZI TRADE E.O.O.D. a.k.a. KREMIKOVTZI TRADE LTD. a.k.a.

KREMIKOVTSI TREYD ("K.T."), FINMETALS HOLDING A.D. a.k.a. FINMETALS

HOLDING EAD a.k.a. DARU METALS LTD. ("Finmetals"), GSHL BULGARIA S.A. ("GSHL

BULGARIA"), GLOBAL STEEL HOLDINGS LTD., a.k.a. GLOBAL STEEL a.k.a. GSHL

("GSHL"), STEEL SHIPPING AND FORWARDING PLC a.k.a. STIL SHIPING END

FORUARDING a.k.a. SSF ("SSF") and STEMCOR (UK) LIMITED a.k.a. STEMCOR UK

LIMITED ("STEMCOR")( collectively referred to as the "Defendants"), alleges, upon

information and belief, as follows:

1.    This is an admiralty and maritime claim within the meaning of Rule 9(h) of the

Federal Rules of Civil Procedure and 28 United States Code § 1333.

2.    At all material times to this action, Plaintiff was a foreign company duly

organized and operating under the laws of Liberia and was at all material times the disponent

owner of the M/V ZETLAND ( the "Vessel").

3.    Upon information and belief and at all material times, Defendant GMN was a

foreign corporation or other business entity organized and existing under foreign law with an

office and place of business in Sofia, Bulgaria, and was the Charterer of the Vessel.

4.    Upon information and belief, Defendant Global Maritime Navigation Ltd. is also

known as Global Maritime Navigation OOD and Global Meritaym Nevigeyshan.  Upon

information and belief, Defendant Global Maritime Navigation was formerly known as

"Novaideya-2004."

5.    Upon information and belief and at all material times, Defendant K.C. was a

foreign corporation or other business entity organized and existing under foreign law with an

office and place of business in Sofia, Bulgaria, and was the guarantor of GMN's performance

under the charter party.

6.    Upon information and belief, Defendant Kremikovtzi Corp ("K.C.") is also

known as Kremikovtzi Corp. and Kremikovtsi.

7.    Upon information and belief and at all material times, Defendant K.T. was, and still is, a foreign corporation or other business entity, organized under, and existing by virtue of foreign law with a principal place of business at the following address: 19/B Tsar Boris, Iii Boulevard, Sofia, Bulgaria.

8.    Upon information and belief Defendant Kremikovtzi Trade Ltd. ("K.T.") is also known as Kremkovtsi Treyd and Kremikovtzi Trade E.O.O.D.

9.    Upon information and belief, Defendant Finmetals was, and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of foreign law with a principal place of business at the following address: 19/B Tsar Boris Iii Boulevard, Sofia, Bulgaria.

10.    Upon information and belief, Defendant Finmetals Holding EAD is also known as Finmetals Holding A.D. and Daru Metals Ltd.

11.    Upon information and belief, Defendant GSHL was, and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of foreign law with a principal place of business in Bulgaria.

12.    Upon information and belief, Defendant GSHL is also known as Global Steel Holdings Limited.

13.    Upon information and belief, Defendant GSHL BULGARIA was, and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of foreign law.

14.    Upon information and belief, Defendant SSF was, and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of foreign law with

a principal place of business in Bulgaria at the following address: 19/B Tzar Boris III Blvd, 1612, Sofia Bulgaria.

15.     Upon information and belief, Defendant Steel Shipping and Forwarding PLC is also known as Stil Shiping End Foruarding and SSF.

16.     Upon information and belief, Defendant Stemcor was, and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of foreign law with a known address of: Stemcor UK Limited, Level 27 City Point, One Ropemaker Street, London, GB.

17.     Upon information and belief, Defendant Stemcor (UK) Limited is also known as Stemcor UK Limited.

18.     Pursuant to a fixture recap dated August 17, 2007 based on the terms of an amended Americanized Welsh Coal Charter with Riders dated August 16, 2007 (the "charter party"), the Plaintiff chartered the Vessel to GMN for the carriage of a cargo of iron ore from Brazil to Bulgaria.

19.     Pursuant to the terms of the fixture recap and a guarantee letter dated August 21, 2007, K.C. was the guarantor of the Charterers' performance under the charter party.

20.     Certain disputes arose between the parties regarding GMN and K.C.'s failure to pay demurrage due and owing to the Plaintiff under the charter party.

21.     Despite due demand, GMN and K.C. have failed to pay the demurrage due and owing to the plaintiff in breach of the charter party.

22.     Pursuant to the charter party, disputes arising thereunder with claims exceeding $100,000 are to be submitted to the High Court of Justice in England and Wales with English law to apply.

23. Plaintiff has commenced court proceedings in accordance with the charter party.

24. As a result of the Defendants' breaches of the charter party, the Plaintiff has suffered damages in the total principal amount of **$630,499.99** exclusive of interest, court costs and attorneys fees.

25. Interest, costs and attorneys' fees are routinely awarded to the prevailing party pursuant to English Law. As best as can now be estimated, Plaintiff expects to recover the following:

| | | |
|---|---|---|
| A. | Principal claim: | $630,499.99 |
| B. | Estimated interest on claims: 3 years at 6.5%, compounded quarterly | $134,688.64 |
| C. | Estimated attorneys' fees and court costs: | $200,000.00 |
| **Total** | | **$965,188.63** |

**DEFENDANTS' RELATIONS**

**1. GMN and K.C.**

26. Upon information and belief, Defendant K.C. is the guarantor of GMN's performance under the charter party and GMN is the alter ego of Defendant K.C. because K.C. dominates and disregards GMN's corporate form to the extent that K.C. is actually carrying on the business and operations of GMN as if the same were its own.

27. Upon information and belief, Defendant GMN is a shell-corporation through which Defendant K.C. conducts its business.

28. Upon information and belief, Defendant GMN is 100% owned by K.C.

29. Upon information and belief, GMN and K.C. share common employees including Mr. Lazar Slanchev and/or use their names interchangeably in the industry. Mr. Slanchev signed a letter of indemnity dated September 26, 2007 on behalf of Global Maritime Navigation Ltd. as

"managing director" of that company.  However, his email address is

lazar.slanchev@kremikovtzi.com.

     30.     Upon information and belief, GMN and K.C. share a registered office.  GMN's

registered office is KV Botunets, Administrativna Sgrada na Kremikovtzi, 1870 Sofia.  K.C. has

a registered office at KV Botunets, 1870, Sofia, Bulgaria or J.K. Botunets, 1870, Sofia, Bulgaria.

     31.     Upon information and belief, Defendant GMN is an alias, or agent of Defendant

K.C. and/or K.C. is an alias, or agent of GMN.

     32.     Upon information and belief, GMN has no separate, independent identity from

Defendant K.C.

     33.     In the further alternative, Defendants GMN and K.C. are partners and/or are joint

venturers.

     34.     In the further alternative, Defendants GMN and K.C. are affiliated companies

such that Defendant K.C. is now, or will soon be, holding assets belonging to Defendant GMN

and vice versa.

**II.    K.T. and K.C.**

     35.     Upon information and belief, K.T. is the alter ego of K.C. because it dominates

and disregards K.C.'s corporate form to the extent that K.T. is actually carrying on K.C.'s

business and operations as if the same were its own.

     36.     Upon information and belief, Defendant K.T. is an alias, or agent of Defendant

K.C. and/or K.C. is an alias, or agent of K.T.

     37.     Upon information and belief, Defendants K.T. and K.C. share common ownership

and operation such that K.T. is 100% owned by K.C. and, as such, K.T. is a wholly owned

subsidiary of K.C.

38.    Upon information and belief, the June 30, 2007 "Review Report and Interim Consolidated Financial Statements" of K.C. (the "June 30 Report") states on page 7 that a subsidiary of K.C. is "an enterprise that is controlled by the parent company. Control is the power to govern the financial and operating policies of an enterprise so as to obtain benefits from its activities."

39.    Upon information and belief, K.T. has no separate, independent identity from Defendant K.C.

40.    In the alternative, Defendant K.T. is merely a shell-corporation through which K.C. conducts its business.

41.    In the further alternative, Defendants K.T. and K.C. are partners and/or are joint venturers.

42.    In the further alternative, Defendants K.T. and K.C. are affiliated companies such that Defendant K.C. is now, or will soon be, holding assets belonging to Defendant K.T. and vice versa.

**III.    GSHL and K.C.**

43.    Upon information and belief, GSHL is the alter ego of K.C. because it dominates and disregards K.C.'s corporate form to the extent that GSHL is actually carrying on K.C.'s business and operations as if the same were its own.

44.    Upon information and belief, Defendant GSHL is an alias, or agent of Defendant K.C. and/or K.C. is an alias, or agent of GSHL.

45.    Upon information and belief, Defendants GSHL and K.C. share common ownership and operation such that K.C. is 100% owned by GSHL.

46.     Upon information and belief, and as reported by the Sofia Echo on Sunday March 27, 2005, GSHL acquired 100% of the shares of Finmetals Holding, a 71% shareholder of K.C., in 2005.

47.     Upon information and belief, GSHL has no separate, independent identity from Defendant K.C.

    a.     GSHL and K.C. share eight (8) directors in common including: Mohan Lai Mittal, Ashok Kumar Agarwal, Pramod Mittal, Subhash Maheshwari and Vilas Jamnis.

    b.     K.C.'s new Chief Executive Officer is Vilas Jamnis, a director at GSHL and the former Director of Global Operations as GSHL.

    c.     K.C.'s Chairman of the Executive Board, P.K. Mittal, is also on the board of directors of GSHL.

    d.     GSHL is named next to Kremikovtzi on their website http://www.kremikovtzi.com and the web address lists the page as "Kremikovtzi (a GSHL Unit)."

    e.     GSHL is a very large global corporation but has no other website of its own.

    f.     GSHL is listed as the copyright name on the bottom of each page of Kremikovtzi's website.

48.     In the alternative, Defendant GSHL is merely a shell-corporation through which K.C. conducts its business.

49.     In the further alternative, Defendants GSHL and K.C. are partners and/or are joint venturers.

50.     In the further alternative, Defendants GSHL and K.C. are affiliated companies such that Defendant GSHL is now, or will soon be, holding assets belonging to Defendant K.C. and vice versa.

**IV.   GSHL Bulgaria, GSHL and K.C.**

51.     Upon information and belief, GSHL Bulgaria is the alter ego of GSHL and K.C. because it dominates and disregards GSHL and K.C.'s corporate form to the extent that GSHL Bulgaria is actually carrying on GSHL and K.C.'s business and operations as if the same were its own.

52.     Upon information and belief, Defendant GSHL Bulgaria is an alias, or agent of Defendants GSHL and K.C. and/or GSHL and K.C. are aliases, or agents of GSHL Bulgaria.

53.     Upon information and belief, Defendants GSHL Bulgaria, GSHL and Kremikovtzi A.D. share common ownership and operation.

a.      Mr. Alok Gupka, the former CEO of Kremikovtzi A.D., is an agent authorized to act on behalf of GSHL Bulgaria. Upon information and belief, while he was CEO of Kremikovtzi, Mr. Gupka instructed Bank of New York to make a payment to GSHL Bulgaria's account in the amount of $1,213,989.92 on November 21, 2005.

b.      Mr. Swapan Dev. Ghose a.k.a. Mr. Svapan Dev Gos is a manager of Kremikovtzi Trade and an employee, manager or agent authorized to act on behalf of GSHL Bulgaria, GSHL and Kremikovtzi A.D.

c.      GSHL Bulgaria, GSHL and Kremikovtzi A.D. share a common block of phone numbers.

d.    In the April 28, 2006 edition of the United Bulgarian Bank Weekly Bulletin, Kremikovtzi A.D. filed the following information with the bank: "Kremikovtzi A.D. is in on-going negotiations for termination by common consent of a steel products sale contract… between Kremikovtzi A.D. and GSHL Bulgaria." The article goes on to state that GSHL Bulgaria owns 100% of the shares of Finmetals Holding and over 25% of the shares of Kremikovtzi A.D.

e.    Upon information and belief, GSHL is the 100% shareholder of Kremikovtzi A.D.

f.    GSHL and GSHL Bulgaria share a common name and logo.

g.    Thus, upon information and belief, GSHL Bulgaria has no separate independent identity from GSHL and vice versa.

54.    Upon information and belief, GSHL Bulgaria and GSHL use their names interchangeably.

a.    On the Kremikovtzi webpage in an article available on 9/25/2007, it is stated that GSHL has strengthened Kremikovtzi's management board by adopting several new members bringing the total number of board members to eight. At the bottom of the page, it states that for clarifications, Mr. Swapan Dev Ghose of GSHL Bulgaria should be contacted. Mr. Ghose's contact details are listed as follows: tel: +359 2 9156 204, email: s.ghose@gshl.uk.com

b.    GSHL Bulgaria is listed in Kremikovtzi A.D.'s Independent Auditor's Report and Consolidated Financial Statements dated December 31, 2006

as the "Subsidiary of the ultimate holding company of the Group" on pages 34 and 35. This is the exact same position that GSHL holds as Ispat Industries Limited owns GSHL and GSHL owns Kremikovtzi A.D.

    c.    The Sofia Echo published an article stating that GSHL bought out Finmetals to obtain a majority share of Kremikovtzi as Finmetals was formerly the 71% shareholder of Kremikovtzi A.D. *See Forbes' Top Ranker Buys Kremikovtzi, The Sofia Echo, March 27, 2005,* available online at: http://www.sofiaecho.com

    d.    However, a May 8, 2006 Sofia Echo article, GSHL Bulgaria, not GSHL, is referred to as Kremikovtzi's new owner.

    e.    The "June 30 Report" on Kremikovtzi A.D. refers to GSHL Bulgaria S.A. as GSHL and uses the names of these entities interchangeably on page 20.

55.    Upon information and belief, GSHL, GSHL Bulgaria and Kremikovtzi A.D. share a block of phone numbers. Specifically, these entities are known to have the following numbers:

    a.    Kremikovtzi A.D. +359 2 9156 200, +359 2 9156 225

    b.    GSHL Bulgaria S.A.: +359 2 9156 204, +359 2 9156 208, +359 2 9156 221

    c.    GSHL: +359 2 9156 204

56.    In the alternative, Defendant GSHL Bulgaria is merely a shell-corporation through which GSHL conducts its business.

57.    In the further alternative, Defendants GSHL Bulgaria and GSHL are partners and/or are joint venturers.

58.    In the further alternative, Defendants GSHL Bulgaria and GSHL are affiliated companies such that Defendant GSHL Bulgaria is now, or will soon be, holding assets belonging to Defendant GSHL and vice versa.

**V.    SSF, Finmetals and K.T.**

59.    Upon information and belief, SSF is the alter ego of Finmetals and K.T. because it dominates and disregards SSF's corporate form to the extent that Finmetals and K.T. are actually carrying on SSF's business and operations as if the same were its own.

60.    Upon information and belief, Defendant SSF is an alias, or agent of Defendants Finmetals and K.T. and/or Finmetals and K.T. are aliases, or agents of SSF.

61.    Upon information and belief, Defendants SSF and Finmetals share common ownership and operation such that SSF is 100% owned by Finmetals, who is, upon information and belief, 100% owned by GSHL.

62.    Further, upon information and belief, Finmetals and SSF have common directors, officers and employees, including Mr. Valentin Kirilov Zahariev, Chairman of the Executive Board of SSF.  Mr. Zahariev is also named online as the person behind the 2005 sale of Finmetals to GSHL.

63.    Upon information and belief, SSF, Finmetals and K.C. share an office at 19B, Tzar Boris III blvd., Sofia, and SSF and K.T. share the same fax number of +359 2/051 6793.

64.    In the alternative, Defendant SSF is the paying agent of Defendants K.T. and/or Finmetals.

65.    In the alternative, Defendant SSF is merely a shell-corporation through which K.T. conducts its business.

66.    In the further alternative, Defendants SSF and K.T. are partners and/or are joint venturers.

67.    In the further alternative, Defendants SSF and K.T. are affiliated companies such that Defendant SSF is now, or will soon be, holding assets belonging to Defendant K.T. and vice versa.

## VI.    Stemcor, GMN and K.C.

68.    Upon information and belief, GMN is the alter ego of Stemcor and K.C. because they dominate and disregard GMN's corporate form to the extent that Stemcor and K.C. are actually carrying on GMN's business and operations as if the same were their own.

69.    The Plaintiff's charter of the MV ZETLAND to GMN was guaranteed by K.C. *See Guarantee Letter dated August 21, 2007 annexed hereto as Exhibit "1."*

70.    Furthermore, upon information and belief, GMN is 100% owned by K.C. *See email from Bulfracht Shipbrokers dated August 14, 2007 12:25pm annexed hereto as Exhibit "2"* stating in pertinent part that "gmn – as a company Regis in sofia – 100pct owned by kremi."

71.    Upon information and belief and based upon the fixture recap and underlying charter party, Stemcor had no formal relationship to the charter of this Vessel.

72.    Upon further information and belief and based upon the information contained in the bills of lading, Stemcor had no connection to the load or discharge ports, and was not the shipper or consignee of the cargo in the Bills of Lading.

73.    Upon information and belief, Stemcor dominated and controlled GMN's interest in the fixture of the MV Zetland as the fixture was subject to Stemcor's confirmation and approval. *See August 14, 2007 8:12pm email from Bulfracht Shipbrokers annexed hereto as Exhibit "3"* stating "stem/shippers/rcvrs approval within 15th aug 18:00 hrs Sofia time."

74.     Furthermore, and upon information and belief, Stemcor required, because of its control over the charter, that its agent, "G&M-5 Ltd.", act as agents and brokers for GMN in this charter. *See August 14, 2007 12:25pm email from Bulfracht Shipowners annexed hereto as Exhibit "2"* stating in pertinent part that "i already hv stem cfm fm CVRD for dates and size of 120k, financing will be done by stemcore uk – ths why need gm5 as agents at bourgas."

75.     Moreover, upon information and belief, Stemcor UK was responsible for the financing of this fixture between Transquay and GMN. *See August 14, 2007 12:25pm email from Bulfracht Shipowners annexed hereto as Exhibit "2"* stating in pertinent part that "i already hv stem cfm fm CVRD for dates and size of 120k, financing will be done by stemcore uk – ths why need gm5 as agents at bourgas." It is of interest that Stemcor UK, not Stemcor's financing arm, Stemcor Trade Finance Limited, was responsible for the financing of the fixture of the MV Zetland.

76.     Further, upon information and belief, Stemcor and K.C. have a common director or officer, Mr. Ralph Oppenheimer, who is the beneficial owner of Stemcor and is also on the K.C. supervisory board.

77.     Furthermore, and despite the fact that Stemcor had no known connection to the fixture of this Vessel, Stemcor made a US$7,500,000.00 freight payment on behalf of GMN to non-party Zodiac Maritime Agencies, Transquay's agent. *See freight payment for the MV Zetland dated January 17, 2008 annexed hereto as Exhibit "4."* The only payment Plaintiff or its agent received under this charter was from Stemcor.

78.     It is not common practice in the maritime industry for an independent company to pay another company's debt, where it has no formal relationship to the underlying charter party contract.

79.    In an attempt to explain the freight payment annexed hereto as Exhibit "4," Stemcor's counsel, while copying Stemcor's in-house counsel states in an email dated January 31, 2008 that the payment was to settle "a debt it owed to Kremikovtzi by making a payment to a company called Zodiac Maritime Agencies at Kremikovtzi's instructions." *See Email dated January 31, 2008 annexed hereto as Exhibit "5"*.

80.    However, pursuant to the charter, this payment was a debt of GMN's not K.C., as GMN was the charterer of the Vessel in this fixture and was referenced on the payment.

81.    As such, upon information and belief, Defendant Stemcor acts as paying agent, or receiving agent, or arranges for other non-parties to satisfy the debts and obligations of Defendant GMN, and/or receive payments being made to Defendant GMN.

82.    In addition or in the alternative, Defendant GMN uses Defendant Stemcor as a "pass through" entity such that it can insulate itself from creditors relating to its commercial obligations.

83.    Upon information and belief, Defendant GMN is a shell-corporation through which Defendants Stemcor and K.C. conduct their business.

84.    Upon information and belief, Defendant GMN has no separate, independent identity from Defendants Stemcor and K.C.

85.    In the further alternative, Defendants Stemcor, K.C. and GMN are partners and/or are joint venturers.

86.    In the further alternative, Defendants Stemcor, K.C. and GMN are affiliated companies such that Defendant Stemcor and K.C. are now, or will soon be, holding assets belonging to Defendant GMN and vice versa.

15

87.     The Defendants cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, but, upon information and belief, Defendants have, or will have during the pendency of this action, assets within this District and subject to the jurisdiction of this Court, held in the hands of garnishees within the District which are believed to be due and owing to the Defendants.

88.     The Plaintiff seeks an order from this court directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching, *inter alia*, any property of the Defendants held by any garnishees within the District for the purpose of obtaining personal jurisdiction over the Defendants, and to secure the Plaintiff's claim as described above.

**WHEREFORE**, Plaintiff prays:

A.     That process in due form of law issue against the Defendants, citing it to appear and answer under oath all and singular the matters alleged in the Verified Second Amended Complaint, failing which default judgment be entered against it in the sum of **$965,188.63**.

B.     That since the Defendants cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching all goods, chattels, credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any other funds up to the amount of **$965,188.63** belonging to, due or being transferred to, from, or for the benefit of the Defendants, including but not limited to such property as may be held, received or transferred in Defendants' name(s) or as may be held,

received or transferred for its benefit at, moving through, or within the possession, custody or control of banking/financial institutions and/or other institutions or such other garnishees to be named, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Verified Second Amended Complaint;

      C.     That pursuant to N.Y. CPLR Article 53, *et seq.* this Court recognize and confirm any final judgment from the English Court in Plaintiff's favor against the Defendants as a judgment of this Court;

      D.     That this Court award Plaintiff the attorneys' fees and costs incurred in this action; and

      E.     That the Plaintiff have such other, further and different relief as the Court deems just, proper and equitable.

Dated: February 1, 2008
       New York, NY

                             The Plaintiff,
                             TRANSQUAY LIMITED PARTNERSHIP,

                             By: _____
                             Lauren C. Davies (LD 1980)
                             Thomas L. Tisdale (TT 5263)
                             TISDALE LAW OFFICES LLC
                             11 West 42nd Street, Suite 900
                             New York, NY 10036
                             (212) 354-0025 – phone
                             (212) 869-0067 – fax
                             ldavies@tisdale-law.com
                             ttisdale@tisdale-law.com

### ATTORNEY'S VERIFICATION

State of Connecticut )
                         )    ss.:    City of Southport
County of Fairfield )

1.      My name is Lauren C. Davies.

2.      I am over 18 years of age, of sound mind, capable of making this Verification, and fully competent to testify to all matters stated herein.

3.      I am an Associate in the firm of Tisdale Law Offices, LLC, attorneys for the Plaintiff.

4.      I have read the foregoing Verified Second Amended Complaint and know the contents thereof and believe the same to be true and accurate to the best of my knowledge, information and belief.

5.      The reason why this Verification is being made by the deponent and not by the Plaintiff is that the Plaintiff is a business organization with no officers or directors now within this District.

6.      The source of my knowledge and the grounds for my belief are the statements made, and the documents and information received from, the Plaintiff and agents and/or representatives of the Plaintiff.

7.      I am authorized to make this Verification on behalf of the Plaintiff.

Dated: February 1, 2008
        New York, NY

_____
Lauren C. Davies

# EXHIBIT 1

* КРЕМИКОВЦИ АД *
пощенски код 1870 София

Регистрационен индекс и дата

Rg. №: У 001 985 122.08 год 2г.

**KREMIKOVTZI** AD

Botunatz Qrt., 1870 Sofia; tel: (02) 935 22 11; fax: (02) 935 35 76

# G U A R A N T E E   L E T T E R

By the parent Company "KREMIKOVTZI AD" of Sofia

21 August, 2007

To:     ZODIAC MARITIME AGENCIES LIMITED
        on behalf of 'Transquay Limited Partnership'

Dear Sirs,

SUBJECT:    MV Zetland cp dated 16 August, 2007
            Global Maritime Navigation Ltd., Sofia

We, KREMIKOVTZI AD hereby, guarantee the full and complete performance, execution and fulfilment of charterers obligations under the said charter party 'ZETLAND' dated 16 August, 2007 and the payments of all amounts due to you thereunder.

Authorised signatory with the authority of KREMIKOVTZI AD:

Alexander Tomov
Senior Executive Director

# EXHIBIT 2

Damian Bojkov

From:     Bulfracht Shipbrokers Ltd., Sofia [shipbrokers@bulfracht.com]
Sent:     Tuesday, August 14, 2007 12:25 PM
To:       bojkov (bojkov)
Subject:  brasil/bourgas iron ore

FROM : BULFRACHT SHIPBROKERS LTD, SOFIA, ph+35929549815, www.bulfracht.com

skype G.TRENEV ,mobile:+359888632750

GDY

Db/gt

tks ows offer wch chrs decline and bid firm for rply 1hrs as fllws:

all terms, conditions and negos n eventual fix to remain strictly P N C
fllwng bid is made in accordance with english law

ows -pls adv full style for record

ows to advise chrs required information on fixng m/t

- p and i club:
- vsls class:
- vsl's present position/schedule/eta bss guaiba island:
- last port of discharge:
- imo register number:
- last 3 cargoes:
- type of hatch covers:
- hold/hatch dims:
- hold dimension
- since when the vessel is under present ownersship:
- bank accnt where frt to be remitted including beneficiary name:

ows cfm:
- ows/master cfm no liens/arrest orders/encumbrances/
  recommendations are pending
- vsl is in possesion of all certificates valid for intended ports of
  call and for the duration of this cp
- ows to provide foll certificates upon lifting subs:

1/29/2008

- p&i club entry certificate
- h&m certificate


- FOR A/C OF GLOBAL MARITIME NAVIGATION LTD, SOFIA
---

- cgo qty - 120,000mts 10pct moloo bulk iron ore
            chopt
            130,000mts 10pct moloo bulk iron ore
- loadport - 1sb guaiba island
- dischport - 1sa+1sb bourgas where chrs gtee min 36' bw available
            at berth
- lighterage at bourgas roads down to 36' bw dft for chrs' a/c /time /risk
- ows to adv qtty necessary to be lightened at bourgas to reach 36'bw at berth
- owr to satisfy themselves for restrictions at loadport
- laycan 03-10 sept
- loadrate - scale load (65hrs shinc for first 60,000mt + 1 hour
            extra for each 6,000mt loaded)
- dischrate - 10,000mts at lighterage / 12,000mts at berth pwwd of 24 cons hrs
shinc
- frt usd 52.00pmts fiost bss 1/1 - 120,000mts 10pct moloo
      usd 51.00pmts fiost bss 1/1 - 130,000mts 10pct moloo
- frt paymnt - 100pct payble w/i 7 b/d aft s/r bs/l marked 'frt payble as per c/p'
            but in any case 'bbb'. chrs addrs comm is to be paid to with frt n
            same to be returned to chrs after ows hv rcvd 100pct of the frt.
- frt deemed earned on shipment and is discountless vaoclonl
- dem usd 80,000pdpr / dhdwtsbe
- agreed balance demurrage/despatch for load/dischports is payable w/i 20days

of completion discharge and recvng ows final frt statmnt together with all
supportng dox
- 12 hrs tt usc bends
- in case original bs/l not available upon vsls arrival in bourgas, chrs agree to
disch vsl against
  L.O.I - ows p n i club wording signed by chrs / recvrs only.
- chabe:
  at Guaiba Island - brazshipping
  at bourgas - gm&5
- if vsl over 18yrs of age cvrd inspection and dpc certificate at owrs' risk
- brazilian p.u.t. and mmrt taxes to be for shippers acct.
- o/w mv maple valley c/p with 2.5pct adr comm ttl here
- sub chrs recfm w/i 24hrs aft fix clean
-end bid-
- tell damian tht:
- gmn - as a company regis in sofia - 100pct owned by kremi

1/29/2008

- in next counter if ows insist will cfm kreml to gtee
- i already hv stem cfm fm CVRD for dates and size of 120k, financing will be done by stemcore uk – ths why need gm5
as agents at bourgas
- in any case can not do less than 24 hrs aft fix m/t

rgrds

Brgds

George Trenev

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.476 / Virus Database: 269.11.13/946 - Release Date: 10/08/2007 15:50

No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.476 / Virus Database: 269.11.17/951 - Release Date: 13/08/2007 10:15

# EXHIBIT 3

**Damian Bojkov**

| | |
|---|---|
| **From:** | Bulfracht Shipbrokers Ltd., Sofia [shipbrokers@bulfracht.com] |
| **Sent:** | Tuesday, August 14, 2007 8:12 PM |
| **To:** | bojkov (bojkov) |
| **Subject:** | FW: zetland ** MSG#:<2315100> |

**Attachments:** 20070814174142277.tif



200708141741
277.tif (423 KB)

FROM : BULFRACHT SHIPBROKERS LTD, SOFIA, ph+35929549815, www.bulfracht.com

skype G.TRENEV ,mobile:+359888632750

GDY

DB/GT


DRAFT RECAP MV 'ZETLAND'/GLOBAL MARINE NAVIGATION LTD, SOFIA
--
Acct Global Maritime Navigation Ltd, Sofia

firm for reply within 14.00 hrs ldn tdy


stem/shippers/rcvrs approval within 15th aug 18:00 hrs Sofia time sub chrrs
reconfirmation decl latest 14:00 sofia time


Acct global maritime – pls`advise chrts full style/ address by return.
subject to owners approval of chrts

messrs Kremikovtzi guarantee the performance and due fulfilment of charter party


M/V ZETLAND

Type: BULKCARRIER
Built: 1985
Flag: BERMUDA
145905.00 MTDWT on 17.48 M SSW
104.200 MT per CM Immersion
LOA 267.32 M / Beam 42.97 M
9 holds, 9 hatches
Dimensions:

| | Cubic Grain (M3) | Hatch Cover (M) |
|---|---|---|
| Hold 1 – | 15192.90 | 12.80-20.00 |
| Hold 2 – | 19524.50 | 13.60-20.00 |
| Hold 3 – | 18070.90 | 13.60-20.00 |
| Hold 4 – | 19220.70 | 13.60-20.00 |
| Hold 5 – | 18099.20 | 13.60-20.00 |
| Hold 6 – | 19220.70 | 13.60-20.00 |
| Hold 7 – | 18317.00 | 13.60-20.00 |
| Hold 8 – | 19510.80 | 13.60-20.00 |
| Hold 9 – | 16802.90 | 13.60-20.00 |
| Total – | 163959.60 | |

1

DISTANCES FROM WATER LINE TO TOP OF HARCH COAMINGS BASIS BOURGAS ROADS :

WOG AND WITHOUT GUARANTEE — TO BE RECONFIRMED BY MASTER

BASIS 143000 MTNS OF CARGO    —    9.45 MTRS

132000                                10.5 MTRS

103000                                13.3 MTRS

92000                                 14.4 MTRS

AS PER OWNERS CALCULATIONS AND AGAIN WOG VSL WILL HV TO DISCHARGE ABT 66000 MTNS OF CARGO FROM THE MAX — 143000 MTNS TO REACH THE DRAFT AT BOURGAS OF 36 ' BW.

+ + + all details about + + +

Owners Transquay Limited Partnership c/o Zodiac Maritime Agencies ltd London

- p and i club: the london steamship.
- vsls class: Lloyds
- vsl's present position/schedule/eta bss guaiba island:
- last port of discharge: sailed Baoshan 29 July 2007
- imo register number: 8412649
- last 3 cargoes: last sepetiba/ majishan and baoshan – iron ore, prev itaguai/ dunkirk - iron ore, prev richards bay/ taranto – coal.

- type of hatch covers: steel side rolling.
- hold/hatch dims: as above
- hold dimension as above
- since when the vessel is under present ownership: 2002
- bank accnt where frt to be remitted;

- vsls certificates as per attachment

Banking Details

Payable in USD to....

Chase New York
Swift Code: CHASUS33
For Account of: Nordea Bank, London
8th Floor, City Place House,
55 Basinghall Street,
London EC2V 5NB
Swift Code: NDEAGB2L
Account No: 400807041
Attention: PAYMENT PROCESSING

For the account of: Zodiac Maritime Agencies Limited Pool Account US Dollar Account
No: 54111122

ows cfm:
- ows/master cfm no liens/arrest orders/encumbrances/
  recommendations are pending - yes
- vsl is in possesion of all certificates valid for intended ports of
  call and for the duration of this cp - yes
- ows to provide foll certificates upon lifting subs:
- p&i club entry certificate - reverting
- h&m certificate - reverting

- 120,000 mt 10 pct moloo or chopt 130,000 mt 10 pct moloo. cargo size to be declared
on lifting subjects.

- iron ore in bulk 1- 2 grades in chop , always within natural hold segregation ,
excl dri,drip concentrates.

- all cargo to be loaded stowed carried and discharged in accordance with imo
recommendations.

- cargo to be loaded in all holds

- load 1 safe berth guaiba island aa

- discharge bourgas os anchorage/ lighterage area and osb aa

- laycan 3 - 10 00 september 00.01-24.00 hrs, vsl bunkered singapore 6th August, eta
guaiba 4th sept pm

- load 65 hrs for 1st 60,000 mt plus one hour for each additional 6,000 mtons shinc

- discharge rate 10,000 mtns shinc pd at lighterage ,12,000 mts shinc pd at berth

- 12/12 hrs tt usc bends

- nor at bends may be tendered wipon,wibon,wipfon,wiccon

- all time from expiry of turn time or commencement of lighterage whichever

occours first, at lighterage position until completion of discharge at berth

to count as laytime or time on demurrage wp or not
- at load and discharge time used for shifting from anchorage or lighterage place to
loading or discharging berth not to count as laytime.

- After lighterage, vessels draft at Bourgas to be consistent with safe navigation and
not exceeding that permitted by port regulations.

- vessel to be lightered down to a draft at anchorage that will give a

minimum underkeel clearance of 10 pct of vessels draft

- freight if 120,000 mt 10 pct - usd 54.75pmt fiost

- freight if 130,000 mt 10 pct - usd 52.75 pmt fiost

- demurrage usd 90,000 hdlsbe

- 100 pct frt inc add comm to be paid 7 banking days after signing releasing bs/l or
prior passing cape passero, whichever the ealier. Vessel will not pass cape passero
until freight received in owners account and all time lost due to non payment or late
payment of freight is to count in full as time on demurrage and to be remitted prior
to vessel proceeding further on the voyage.

- chrrs address comm. To be returned to chrrs nominated bank after receipt of 100 pct
of frt

3

- settlement of load port demurrage /dispatch to be effected within 7

running days of presentation of relevant documents but latest before

passing cape passero inbound.

- settlement of discharge port demurrage/dispatch within 15 days of completion of discharge.

- owners to have a lien on cargo for any money owed.

- any ap due vsl age, class or flag not for owners acct

- d/a at bourgas is 100 pct for owners account

- at Bourgas chrts guarantee that the vessel can safely; arrive, be lightered, berth, discharge and sail.

- freight deemed earned on shipment discountless nonreturnable vsl a/o cargo

lost or not lost

- in case original bs/l is not available for presentation to vessel upon arrival at discharge port, then owners to discharge against LOI in owners pandi club wording signed by chrts and countersigned by kremikovtzi as receivers.

- cvrd inspection and dpc at loadport to be owners responsibility

- brazilian PUT and mmrt taxes to be for shippers account.

- pls provide details of chrts agents in Bourgas - gm&5

- 5 pct total comm (2.5 pct address, 1.25 pct bulchem, 1.25 pct bulfracht)

- subject owners approval of chrts.

- subject all further cp details based maple valley. assume headowners are first class european owners if so pls provide copy.

- messrs kremikovtzi to fax a letter of guarantee on their headed notepaper directly to owners managers (zodiac), and to present original to owners representative office in Bourgas as per following wording:

LETTER OF GUARANTEE

Guarantee Letter by the parent company '..............................' (of where?)** ie kremikovtzi of Sofia
on their letter headed paper to read as follows

Date

To ZODIAC MARITIME AGENCIES LIMITED
on behalf of 'Transquay Limited Partnership'

Dear Sirs,

SUBJECT: MV Zetland cp dated ...... 2007
         Name of Account Vessel vessel is being chartered by and place

We, (name of Parent Company as above**), hereby, guarantee the full and complete performance, execution and fulfilment of charterers obligations under the said charter party 'name of vessel and charter party date' and the payments of all amounts due to you thereunder.

Signed

by an authorised signatory  with the authority of (name of Parent Company as above**) of ?'

4

Name of person signing
Title


End


Vij pregledai go I ako niama razlichia da go prashtame


brgds

No virus found in this outgoing message.
Checked by AVG Free Edition.
Version: 7.5.476 / Virus Database: 269.11.13/946 - Release Date: 10/08/2007 15:50


No virus found in this incoming message.
Checked by AVG Free Edition.
Version: 7.5.476 / Virus Database: 269.11.17/951 - Release Date: 13/08/2007 10:15

# EXHIBIT 4

Date/Time: 17/JAN08 / 14:22:07 Inward SWIFT Message
System Name: ***AQUA Intercept 2.0***
Department: CUST SERVICE
Message Type: XM103
From: BPPBCHGGXXX
        BNP PARIBAS PRIVATE BANK SWITZERLAN
        GENEVA

Priority: N
Queue: Archived Processed
ISN: 6313507
Message received on on 16SEP07 at   8:32:39

{1:F01BPPBCHGGAXXX2272294671810709180631}{2:O103093107091BPPBCHGGAXXX0000011463807}
{3:{108:GC6D0000011463807}{119:STP}}{4:

:20: Sender's Reference
        MT0150106L6X1100

:23B: Bank Operation Code
        CRED

:32A: Value Date/Currency/Interbank Settled Amount
        070919 USD

:33B: Currency/Instructed Amount
        USD7543250,

:50K: Ordering Customer
        /15010616
        STEMCOR UK LIMITED
        LEVEL 27 CITY POINT
        ONE ROPEMAKER STREET
        LONDON//GB

:53A: Sender's Correspondent          BANQUE NATIONALE DE PARIS       NEW YORK, NY
        BNPAUS3N

:54A: Receiver's Correspondent        JPMORGAN CHASE BANK             NEW YORK, NY
        CHASUS33

:59: Beneficiary Customer
        /GB92BNPA4048785L4111122
        ZODIAC MARITIME AGENCIES
        LINTON HOUSE
        7-12 TAVISTOCK SQUARE
        NCIR STP LONDON//GB

:70: Remittance Information
        VESSEL - ZETLAND
        REF. GLOBAL MARITIME

:71A: Details of Charges
        OUR

-}{5:{CHK:BBD59DEA0C93}{MAC:00000000}}       XECXKLOUN 1
3206 F01BPPBBAGB2LBPXXX1434440637 O1030931O7091BBPPB       IXUNZMAN87781371O7091809
TR0150106L6X1100

# EXHIBIT 5

Stemcor; TLO ref 1790

## Lauren C. Davies

**From:**   William R. Bennett [wbennett@bgmplaw.com]
**Sent:**   Thursday, January 31, 2008 12:02 PM
**To:**   Lauren C. Davies; Thomas Tisdale
**Cc:**   Andrew Goldsmith
**Subject:** RE: Stemcor; TLO ref 1790

Tom/Lauren:

I refer to your email below.

First off, Mr. Andrew Goldsmith is in-house counsel with Stemcor UK and you are free to copy him in your emails if you wish.

Second, I advised you in writing that I am counsel for Stemcor UK, a formal appearance should, therefore, not be required for you to provide me with the information I requested. I do not know the two other firms you wrote about, but I think our professional relationship fostered over the last 15 years is stronger than most so I ask you to re-consider your position.

Lastly, as discussed with Lauren, Stemcor settled a debt that it owed to Kremikovtzi by making a payment to a company called Zodiac on Kremikovtzi's instructions. The allegations in the Amended Verified Complaint are based on erroneous assumptions and incorrect. We ask that you seriously consider advising the banks to release any funds they attached belonging to Stemcor.

Very truly yours,

William R. Bennett, Esq.
Bennett, Giuliano, McDonnell & Perrone, LLP
494 8th Avenue, 7th floor
New York, New York 10001
Tel. 646.328.0120
Fax 646.328.0121

www.bgmplaw.com

# EXHIBIT 2


American Capital
NASDAQ: ACAS
Get to know American Capital.   ▶ Click here



**CNNMoney**.com™
A Service of CNN, Fortune & Money

Home   Business News   Markets   Personal Finance   Real Estate   Technology   Small Business   Luxury   Fortune          My Portfolio   CNN.com

Subscribe to Money
Free Trial
Magazine Customer Service

TRADING CENTER
 Fidelity
Active Traders

Scottrade SmartText
Click to use SmartText!

AMERITRADE
Trade free for 30 days

 100 FREE TRADES
E*TRADE SECURITIES LLC
$6.99-$9.99 Trades

# Bulgarian firm Finmetals fined over Kremikovtzi investment

February 20, 2008: 01:36 PM EST

SOFIA, Feb. 20, 2008 (Thomson Financial delivered by Newstex) -- The owners of Bulgarian steel-maker Kremikovtzi have been fined 239.3 mln leva, or about 122.5 mln eur, for failing to meet their investment pledges in the company, officials said.

A Bulgarian court ruled in favour of the government agency overseeing the post-privatisation process of Kremikovtzi, after it complained that Kremikovtzi's owners, Finmetals, failed to meet their investment commitments, Economy and Energy Minister Petar Dimitrov told a news conference.

Finmetals, which is owned by Indian group Global Steel Holdings, acquired a 71-pct stake in the then state-owned Kremikovtzi for the symbolic price of one dollar in 1999, in return for substantial investments in the company.

Global Steel Holdings is owned by Pramod Mittal, the younger brother of steel tycoon Lakshmi Mittal.

Under the terms of the privatisation, the Bulgarian government held on to a 25-pct stake in Kremikovtzi, with the remaining four pct sold to private investors.

Neither Finmetals nor Global Steel have so far made good on their promise to invest 120-140 mln eur in environmental upgrades.

Kremikovtzi has outstanding debts of around 1.67 bln leva with the state railway, electricity and gas companies.

Global Steel chief Mittal asked the government this week to agree to a delay in Kremikovtzi's payments, but minister Dimitrov dismissed the request Wednesday.

Mittal has recently changed his plans for a quick sale of Kremikovtzi following talks with Ukrainian billionaire Konstantin Jevago and interest from another Ukrainian tycoon, Rinat Akhmetov, and US giant United States Steel Corp. (NYSE:XSS) (NYSE:X)

Instead, he sought advice from a financial advisor about the best strategy for the loss-making plant.

tf.TFN-Europe_newsdesk@thomson.com
Copyright Thomson Financial News Limited 2007. All rights reserved.

The copying, republication or redistribution of Thomson Financial News Content, including by framing or similar means, is expressly prohibited without the prior written consent of Thomson Financial News.

Newstex ID: AFX-0013-23159547

**Sponsored Links**

Alternative to Open Back Surgery
The World Leader of Arthroscopic...

Trade Currencies w/ GFT
Dow Jones news, analytics & charts. Available in our free software.

Project Management
100% Online. Project Management certificate from Villanova. Free Info.

**Top Stories**
Bank chiefs' pay gets the spotlight
44th president's $4 trillion headache
Stocks stage turnaround
Brazil dances with OPEC
FDA approves Genentech's Avastin


E*TRADE
OPEN A ROLLOVER IRA
GET 50 COMMISSION-FREE STOCK & OPTIONS TRADES
E*TRADE SECURITIES LLC
GET STARTED NOW ▶

SPECIAL OFFER:
GET A FREE TRIAL ISSUE

Money Retire Rich

Name
Address
City
State/Pr
Zip/Postal
E-mail
Continue   Privacy Policy

Sponsored Links

**Alternative to Open Back Surgery**
The World Leader of Arthroscopic Procedures for Back and Neck Conditions
www.laserspineinstitute.com

**Fed Cut Rates 5.75% Fix**
Apply online today, Nationwide Mortgage Lending Group. Free Appraisal.
NationwideMortgageLendingGroup.com

**Try Currency Trading**
Learn to Trade FX with a Free Demo. Free Commentaries and Market news.
www.cmsforex.com

Buy a link here

| More Markets |
|---|
| Stocks stage turnaround |
| Analyst cuts MBIA earnings estimates |
| Stocks we love: 5 big dividends |
| **The Hot List** |
| The 44th president's $4 trillion headache |
| Ultimate family car - 5 picks |
| 401(k)s: Why they're no tax trap |

© 2008 Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy

Home    Portfolio    Calculators    Contact us    Newsletters    Podcasts    RSS    Mobile    Press Center    Site Map

Advertise with Us    Magazine Customer Service    Download Fortune Lists    Reprints    Career Opportunities    Special Sections    Conferences    Business Leader Council

Live Quotes automatically refresh, but individual equities are delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. Market Indexes are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET
* : Time reflects local markets trading time. † - Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges  Disclaimer
Copyright © 2008 BigCharts.com Inc. All rights reserved. Please see our Terms of Use.MarketWatch, the MarketWatch logo, and BigCharts are registered trademarks of MarketWatch,
Inc.Intraday data delayed 15 minutes for Nasdaq, and 20 minutes for other exchanges. All Times are ET.Intraday data provided by ComStock, an Interactive Data Company and subject to the
Terms of Use.Historical, current end-of-day data, and splits data provided by FT Interactive Data.Fundamental data provided by Hemscott.SEC Filings data provided by Edgar Online
Inc.Earnings data provided by FactSet CallStreet, LLC





---

**DAILY NEWS**

22 FEBRUARY 2008

| | |
|---|---|
| News | |
| Business | |
| Bulgaria and the World | |
| Bulgaria Abroad | |
| Life | |
| Sport | |
| Press Review | |
| Property | |
| What's on | |

[Search]



**ATTENTION TALL MEN!**

Are you between
195 - 212 cm (6'4" - 6'10")?

**Tired of living in LILLIPUT?**





Ads by Google

**Xerox DC252**
Intelinet Bulgaria
EOOD Xerox Premier
Partner & Service
www.xeronet.eu

**Compare Insurance Rates**
Getting the lowest rate? Compare multiple quotes from top companies!
www.insurance.com

Advanced Search    Archive    PropertyWise    Forum    Expat in Bulgaria

**Bulgarian Properties**
100's of Bulgarian Properties. Free Honest British Help & Advice

**Xerox DC252**
Intelinet Bulgaria EOOD Xerox Premier Partner & Service

Ads by Google

NEWS

TRADE UNIONS ACCUSE KREMIKOVTZI MANAGEMENT OF ASSET-STRIPPING WORTH 50M EURO
16:35 Fri 08 Feb 2008 - Elitsa Savova

Trade unions accuse Kremikovtzi management of asset-stripping worth 50M euro

Trade unions accused the managers of Kremikovtzi steel mill of stripping assets worth 50 million euro over the past several weeks, including land and equipment that is of key importance for the continued operation of the steelworks, investor.bg reported.

The steel mill's management sold around 150 hectares of land, but former Chief Executive Officer (CEO) Alexander Tomov had actually asked the economy ministry for permission to sell 500 hectares, Vassil Yanachkov from Confederation of Independent Trade Unions in Bulgaria (KNSB) and Lyudmil Pavlov from Podkrepa trade union told a news conference.

The two trade union chiefs blamed Tomov, who has since been replaced as CEO, but is still on the Kremikovtzi managing board, for stripping the assets, which include the settling tank, a key element of the mill's production cycle.

Kremikovtzi's majority shareholder, Indian businessman Pramod Mittal, had used the tank as collateral in the deal to buy CSKA Sofia football club, the trade unions claimed.

Since then, the collateral has passed into the hands of Konstantin Zhevago, the Ukrainian billionaire who held talks to buy the steel mill from Mittal last month, giving him an advantage in future negotiations, according to the trade union chiefs, quoted by investor.bg.

Although Tomov had promised that the funds would go to bolster Kremikovtzi's cash flow, they never made it into the steel mill's bank accounts, the trade unions said.

Yanachkov and Pavlov claimed that the assets sold out included Prokatna railway station, a warehouse for ready production, another warehouse for spare equipment and probably the equipment itself.

The two refused to name the companies that bought the assets, but said they were Bulgarian firms operating in the same line of business. Kremikovtzi assets were sold at price way under their market prices, according to the trade union officials, as quoted by investor.bg.

Although the trade unions did not take the matter to court in order to stop the sales from going through, they were happy with the Post-privatisation Control Agency's decision to impound Kremikovtzi shares.

On the issue of ownership, the two union officials said they did not care much about the identity of the owner, as long as the majority shareholder was willing to fund the development and modernisation programme that would bring the steel mill up to environmental standards, and keep it in operation by injecting funds to solve its cash flow problems.

[Subscribe]  [News Alerts]  [Print Version]  [Email to a friend]  [Write Comments]



Now in Bulgaria

## Add your spice.

---

MORE ON THIS TOPIC

KREMIKOVTZI'S NEW FACELIFT
KREMIKOVTZI WORKERS CONTINUE PROTESTS

MORE FROM NEWS

KOSOVO DECLARES INDEPENDENCE FROM SERBIA
KOSOVO – A TIMELINE OF INDEPENDENCE

**Free Daily News Alerts**
[Sign Up]


Impressario
real estate agency

**BNB Fixing 22 Feb 2008**
| | | |
|---|---|---|
| EUR 1.481 | USD |
| EUR 0.7536 | GBP |
| EUR 1.95583 BGN |
| USD 1.32725 BGN |
| GBP 2.59842 BGN |


View Properties



THE SOFIA ECHO
**Dead end**



Download as PDF

Other Polls

**Bulgarian Holiday Properties**
Cheap Country Houses
www.holidayproperty.


Car/en/

KREMIKOVTZI – THE SAGA CONTINUES

TOMOV REPLACED AS KREMIKOVTZI CEO

HEDGE FUNDS CONTROL KREMIKOVTZI FATE - REPORT

NO DEAL ON KREMIKOVTZI - MITTAL

BULGARIA'S BURNING ISSUE

ZHEVAGO STILL IN THE RUNNING FOR BULGARIA'S
KREMIKOVTZI

SOFIA'S MAYOR ON WORK VISIT TO BRUSSELS

LOM PORT IMPOUNDS SUPPLIES FOR KREMIKOVTZI

KREMIKOVTZI WORKERS TAKE PROTESTS TO
DOWNTOWN SOFIA

WORKERS BLOCK ENTRANCE KREMIKOVTZI
STEELWORKS

WORKERS PROTEST AGAIN WHILE MANAGEMENT
NEGOTIATES SALE OF BULGARIAN STEELMAKER

THE KREMIKOVTZI SAGA CONTINUES: U.S. STEEL
VERSUS KONSTANTIN ZHEVAGO

EC TO START A PENAL PROCEDURE AGAINST
BULGARIA OVER KREMIKOVTZI POLLUTION

PERMISSION AND APPROVAL FROM BULGARIA'S
CABINET BEFORE DECIDING ON KREMIKOVTZI'S FATE -
MITTAL

BULGARIA'S KREMIKOVTZI: THE HEAT IS ON

KREMIKOVTZI ON OFFER

UNIONS DEMAND CHANGE OF KREMIKOVTZI
OWNERSHIP

SOFIA CITIZENS TO HAVE THEIR SAY IN FUTURE OF
KREMIKOVTZI

KREMIKOVTZI DENIES RUMOURS ABOUT SALE

KREMIKOVTZI SHOULD CONTINUE ITS INVESTMENT
PLAN - MINISTER

KREMIKOVTZI CLOSURE TO HAVE NEGATIVE IMPACT
ON BULGARIAN ECONOMY- MINISTER






DAILY NEWS

| 22 FEBRUARY 2008 |
| News |
| Business |
| Bulgaria and the World |
| Bulgaria Abroad |
| Life |
| Sport |
| Press Review |
| Property |
| What's on |

Advanced Search        Archive        PropertyWise        Forum        Expat in Bulgaria

Cheap Flights to Bulgaria
Free email fare quotes from many US agents
specialized in Bulgaria

Sofia Hotel Deals
Find great deals in Sofia! Search multiple
hotels at once.

Ads by Google

Free Daily News Alerts
Sign Up



BNB Fixing 22 Feb
2008
EUR 1.481    USD
EUR 0.7538  GBP
EUR 1.95583 BGN
USD 1.32725 BGN
GBP 2.59842 BGN



Search






View Properties



**BUSINESS**

KREMIKOVTZI SEEKS STRATEGIC PARTNERS
20:45 Tue 19 Feb 2008 - Alex Bivol

Bulgaria's largest steel mill Kremikovtzi said on February 19 2008 it was actively seeking strategic partners and hoped to reach an agreement within three months, investor.bg reported.

"Majority shareholder Pramod Mittal has already announced his decision to find strategic partners within three months, so that all parties interested in continued production are satisfied," the steelworks said in a letter to the Government, quoted by investor.bg.

Gunlupalli Jagannadham, appointed chief executive earlier this month, has been tasked to ensure that the company continued operations as normal.

Kremikovtzi had its deliveries disrupted shortly last week, when state railways BDZ refused to service the steel mill because of overdue payments, but the two companies have since agreed a schedule of repayment.

"We understand that [power grid operator] NEC, BDZ and [gas company] Bulgargaz are commercial enterprises, with their own expenditures and problems. Their desire for Kremikovtzi to pay back old debts as soon as possible would get in the way of current commitments," the still mill said, as quoted by investor.bg.

Kremikovtzi paid suppliers a total 267 million leva last year, both in old and current servicing fees, but did not disclose how much it still owed.

Current debts to suppliers would be paid off within three months if the Cabinet ensured a normal operating environment, and payments on old debts would resume afterward, the steelworks said.

Despite its backlog of overdue payments, Kremikovtzi was still an attractive morsel for investors, not least due to the large amount of land it owns in the eastern suburbs of Sofia, which could cost hundreds of millions if real estate developers are allowed to buy it and build on it. Among the parties interested in such an outcome is also the Sofia city hall, which wants the steelworks shut down, arguing it was the single biggest polluter in the city, and the land redeveloped.




Download as PDF

Other Polls

Bulgarian Holiday
Properties
Cheap Country
Houses
www.holidayproperty

Subscribe      News Alerts        Print Version      Email to a friend      Write Comments



Ads by Google

Bulgarian Properties
100's of Bulgarian
Properties. Free
Honest British Help &
Advice
www.morleyestates.co.uk

Business Class
Bulgaria
Round Trip from $2293
major airline Save up
to 70%. Call (800) 605-
7769
www.asaptickets.com






**Add your spice.**



Now in Bulgaria

| MORE ON THIS TOPIC | MORE FROM BUSINESS |
|---|---|
| KREMIKOVTZI NOT ALONE IN ITS PLIGHT - REPORT | BULGARIA CURRENT ACCOUNT GAP HITS ALL-TIME HIGH IN 2007 |
| KREMIKOVTZI FIRE SALE NARROWS NET LOSS IN 2007 | |
| BULGARIAN STATE RAILWAYS CUT OFF KREMIKOVTZI | MINISTER MAPS OUT SCENARIOS FOR BULGARTABAC PLANTS |
| KREMIKOVTZI'S NEW FACELIFT | |
| TRADE UNIONS ACCUSE KREMIKOVTZI MANAGEMENT OF ASSET-STRIPPING WORTH 50M EURO | KREMIKOVTZI FIRE SALE NARROWS NET LOSS IN 2007 |
| KREMIKOVTZI WORKERS CONTINUE PROTESTS | BULGARIA EXTENDS FINAL BID DEADLINE FOR STATE SHIPPING FIRM |
| KREMIKOVTZI – THE SAGA CONTINUES | SOFIA WATER CONCESSIONAIRE OFFERS MORE PAYMENT OPTIONS |
| TOMOV REPLACED AS KREMIKOVTZI CEO | DANUBE BRIDGE 2 CONSTRUCTION DELAYED BY FOUR MONTHS |
| HEDGE FUNDS CONTROL KREMIKOVTZI FATE - REPORT | |

NO DEAL ON KREMIKOVTZI - MITTAL

ZHEVAGO STILL IN THE RUNNING FOR BULGARIA'S KREMIKOVTZI

KREMIKOVTZI WORKERS TAKE PROTESTS TO DOWNTOWN SOFIA

WORKERS PROTEST AGAIN WHILE MANAGEMENT NEGOTIATES SALE OF BULGARIAN STEELMAKER

THE KREMIKOVTZI SAGA CONTINUES: U.S. STEEL VERSUS KONSTANTIN ZHEVAGO

EC TO START A PENAL PROCEDURE AGAINST BULGARIA OVER KREMIKOVTZI POLLUTION

NEC TO ANNOUNCE SHORTLIST FOR BELENE STRATEGIC INVESTOR "SOON"

INTEL-SPONSORED R&D CENTRE OPENS AT BAS

SOFIA COURT FINES KREMIKOVTZI 239.2M LEVA

DELOITTE OUTLINES VISION OF BULGARIAN ENERGY CONGLOMERATE

HOLIDAY&SPA TOURISM EXHIBITION OPENS IN SOFIA

CYPRIOT BANKING GROUP MARFIN SETS SIGHTS ON BULGARIA

ALLIED IRISH BUYS 49.99% IN BULGARIAN BANK BACB

BULGARIA HAS LOWEST GDP PER CAPITA IN EU - REPORT

BULGARTABAC FACTORIES TO KEEP WORKING – TRADE UNIONS

**Bulgaria Food Store**
All of your favorite food products Lukanka , Feta Cheese, Croissants

**Dental Implants Surgery**
Dental Implants in Argentina for only USD 1300. Medical Excellence.

Ads by Google

Google

⦿ Web ◯ www.sofiaecho.com

[Search]

| | | | | |
|---|---|---|---|---|
| Current Issue | Subscription | Advertising | Promotions | About Us |
| Bulgaria Guide | Sofia Guide | Business Guide | Links | RRS feeds |

© 2001-2008, Sofia Echo Media Ltd. Web development and design by Webfactory Bulgaria
The news and information content on this website is provided by our editorial team. Comments posted by the website's visitors are independent of the editorial materials and do not represent the views of www.sofiaecho.com  Sofia Echo Media cannot be held responsible for the statements contained in visitor comments.

In English: Sofia Echo, Expat in Bulgaria, PropertyWise Bulgaria

In Bulgarian:

News: Dnevnik , Radar, Za Grada, Regioni, Evropa

Business: Capital, Karieri, Pazari, Ho Re Mag, Regal, Stroitelstvo Gradat, Odit

Entertainment: Bacchus, Menu, Edno

IT: IDG.BG, Computerworld, PC World, Digital World, CIO, Networkworld