William R. Bennett, III, Esq.
Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant STEMCOR UK LIMITED
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:  646-328-0120
Facsimile:  646-328-0121

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRANSQUAY LIMITED PARTNERSHIP,

           Plaintiff,

   - against -

GLOBAL MARITIME NAVIGATION LTD.,
a.k.a. GLOBAL MARITIME NAVIGATION OOD,
a.k.a. GLOBAL MERITAYM NEVIGEYSHAN,
a.k.a. NOVAIDEYA-2004, KREMIKOVTZI A.D.
a.k.a. KREMIKOVTZI CORP., a.k.a.
KREMIKOVTSI, KREMIKOVTZI TRADE
E.O.O.D., a.k.a. KREMIKOVTZI TRADE LTD.,
a.k.a. KREMIKOVTZI TREYD, FINMETALS
HOLDING ALD., a.k.a. FINMETALS HOLDING
EAD, a.k.a. DARU METALS LTD., GSHL
BULGARIA S.A., GLOBAL STEEL HOLDINGS
LTD., a.k.a. GLOBAL STEEL a.k.a. GSHL, STEEL
SHIPPIONG AND FORWARDING PLC, a.k.a.
STIL SHIPING END FORUARDING, a.k.a. SSF,
and STEMCOR (UK) LIMITED, a.k.a. STEMCOR
UK LIMITED,

           Defendants.
------------------------------------------------------------X

07 CV 11130 (CM)
ECF CASE

ORDER

Colleen McMahon, U.S.D.J.

    This matter, having come before the Court on February 27, 2008 on a motion by defendant Stemcor UK Limited to vacate an attachment pursuant to Rule B of the Supplemental Rules for Certain Admiralty or Maritime Claims, and the Court having read the written submission by Stemcor UK Limited and Transquay Limited Partnership and having heard oral

argument, hereby grants Stemcor UK Limited's motion to vacate the attachment on the grounds stated during the hearing of February 27, 2008, and directs Transquay Limited Partnership, by their counsel, to provide a copy of this Order to all Garnishees holding attached property of Stemcor advising them that the writ of attachment is vacated, to release said property and to delete Stemcor UK Limited from their filter.

SO ORDERED

Dated: New York, New York
       March 4, 2008

*[signature]*

Colleen McMahon, U.S.D.J.