**ORIGINAL**

William R. Bennett, III, Esq.
Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Defendant STEMCOR UK LIMITED
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   646-328-0120
Facsimile:    646-328-0121

**Filed Via ECF**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TRANSQUAY LIMITED PARTNERSHIP,   07 CV 11130 (CM)
                                 ECF CASE
         Plaintiff,

    - against -

GLOBAL MARITIME NAVIGATION LTD., et, al.,

         Defendants.
-----------------------------------------------------------------X

## NOTICE OF MOTION

| | |
|---|---|
| MOTION BY: | William R. Bennett, Esq.<br>Bennett, Giuliano, McDonnell & Perrone LLP<br>494 Eighth Avenue, 7th Floor<br>New York, New York 10001<br>(646) 328-0120 |
| DATE and TIME: | To be determined by the Court |
| PLACE: | Judge Colleen McMahon<br>Courtroom 21B<br>United States District Court<br>Southern District of New York |
| SUPPORTING PAPERS: | Memorandum of Law with Exhibits. |
| RELIEF DEMANDED: | (1)   Dismissal of Complaint.<br>(2)   Cost of motion pursuant to 28 USC §1927.<br>(3)   Interest on funds attached. |
| ANSWERING PAPERS: | Pursuant to the Assigned Judges rules reply papers are due 2 weeks after receipt of moving papers. |

Dated: May 2, 2008
      New York, New York

                              Bennett, Giuliano, McDonnell & Perrone LLP
                              Attorneys for Stemcor UK Limited

                              /s/ William R. Bennett
                              William R. Bennett, Esq.
                              494 Eighth Avenue. 7th Floor
                              New York, New York   10001
                              (646) 328-0120

TO:    Thomas Tisdale, Esq.
          Tisdale Law Offices LLC
          11 West 42nd Street, Suite 900
          New York, New York 10036