11 WEST 42ND STREET. SUITE 900
NEW YORK, NY 10036
(212) 354-0025
FAX: (212) 869-0067

TL@TISDALE-LAW.COM

# TISDALE
## LAW OFFICES, LLC

*New York, NY · Southport, CT*

10 SPRUCE STREET
SOUTHPORT. CT 06890
(203) 254-8474
FAX: (203) 254-1641

WWW.TISDALE-LAW.COM

# MEMO ENDORSED

May 23, 2008

*Via Facsimile (212) 805-6326*
Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 640
New York, NY 10007

5/27/08
granted
C

Re:    Transquay Limited Partnership v. Global Maritime Navigation Ltd., a/k/a
Global Maritime Navigation, OOD, Global Meritaym Nevigeyshan a/k/a
Novaideya-2004, Kremikovtzi A.D. a/k/a Kremikovtzi Corp. a/k/a
Kremikovtsi, a/k/a Kremikovtzi Trade E.O.O.D. a/k/a Kremikovtzi Trade
Ltd. a/k/a Kremikovtsi Treyd, Finmetals Holding A.D. a/k/a Finmetals
Holding E.A.D. a/k/a Daru Metals Ltd., GSHL Bulgaria S.A., Global Steel
Holdings Ltd., a/k/a Global Steel a/k/a GSHL, Steel Shipping and
Forwarding PLC a/k/a Stil Shiping End Foruarding a/k/a SSF and Stemcor
(UK) Ltd. a/k/a Stemcor UK Limited
Docket Number: 07 Civ. 11130
Our Reference Number: 07-1790

Honorable Madam:

    We represent Plaintiff Transquay Limited Partnership in the above-captioned matter. We
are writing, with consent of Stemcor (UK) Ltd.'s ("Stemcor") counsel, to request an extension of
time within which to file our response to Stemcor's Motion to Dismiss dated May 13, 2008.
Currently, our response is due May 27, 2008. We are requesting an additional two weeks,
making the response due June 10, 2008.

    We appreciate your Honor's indulgence in this request.

Respectfully yours,

Lauren C. Davies

dk

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/08

cc:    *Via Email: wbennett@bgmplaw.com*
William R. Bennett, Esq.
Bennett, Giuliano, McDonnell & Perrone, LLP
494 Eighth Avenue, 7th Floor
New York, New York 10001.