UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

TRANSQUAY LIMITED PARTNERSHIP,

        Plaintiff,

-against-                                                    07 Civ. 11130 (CM)

GLOBAL MARITIME NAVIGATION LTD., et al.,

        Defendants.

------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08
```

### DECISION AND ORDER GRANTING DEFENDANT STEMCOR UK LIMITED'S MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE AND DENYING STEMCOR'S MOTION FOR AWARD OF COSTS AND INTEREST

McMahon J.:

    Defendant Stemcor UK Limited ("Stemcor") has filed a motion to dismiss the complaint with prejudice and for an award of costs pursuant to 28 U.S.C. 1927 and interest on attached funds.

    Transquay agrees that the action should be dismissed with prejudice against Stemcor. However, Transquay opposes Stemcor's motion for costs and interest.

    The Court has reviewed the file and is of the view that plaintiff's conduct has not risen to the level where the award of costs and interest is warranted.

    Accordingly, Stemcor's motion to dismiss the complaint with prejudice is granted. Stemcor's motion for costs and interest is denied.

Dated: June 20, 2008

                                                                               _____
                                                                                      U.S.D.J.

BY FAX TO:

    Tisdale Law Offices (212) 869-0067
    Bennett, Giuliano, McDonnell & Perrone, LLP (646) 328-0121

Case 1:07-cv-11130-CM    Document 29    Filed 06/20/2008    Page 2 of 2