UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRANSQUAY LIMITED PARTNERSHIP,

                Plaintiff,

- against -

GLOBAL MARITIME NAVIGATION LTD.,
a.k.a. GLOBAL MARITIME NAVIGATION OOD,
a.k.a. GLOBAL MERITAYM NEVIGEYSHAN,
a.k.a. NOVAIDEYA-2004, KREMIKOVTZI
A.D. a.k.a. KREMIKOVTZI CORP. a.k.a.
KREMIKOVTSI, KREMIKOVTZI TRADE
E.O.O.D. a.k.a. KREMIKOVTZI TRADE LTD.
a.k.a. KREMIKOVTSI TREYD, FINMETALS
HOLDING A.D. a.k.a. FINMETALS HOLDING
EAD a.k.a. DARU METALS LTD.,
GSHL BULGARIA S.A., GLOBAL STEEL
HOLDINGS LTD., a.k.a. GLOBAL STEEL
a.k.a. GSHL, STEEL SHIPPING AND
FORWARDING PLC a.k.a. STIL SHIPING END
FORUARDING a.k.a. SSF, and STEMCOR
(UK) LIMITED a.k.a. STEMCOR UK LIMITED,

                Defendants.
------------------------------------------------------------X

07 CV 11130 (CM)
ECF CASE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08

**PARTIAL ORDER OF
DISMISSAL AS TO DEFENDANTS GLOBAL
MARITIME NAVIGATION LTD. a.k.a. GLOBAL
MARITIME NAVIGATION OOD a.k.a. GLOBAL
MERITAYM NEVIGEYSHAN a.k.a. NOVAIDEYA-2004,
KREMIKOVTZI A.D. a.k.a. KREMIKOVTZI CORP. a.k.a.
KREMIKOVTSI, KREMIKOVTZI TRADE E.O.O.D. a.k.a.
KREMIKOVTZI TRADE LTD. a.k.a. KREMIKOVTSI TREYD,
FINMETALS HOLDING A.D. a.k.a. FINMETALS HOLDING EAD
a.k.a. DARU METALS LTD., GSHL BULGARIA S.A., GLOBAL STEEL
HOLDINGS LTD., a.k.a. GLOBAL STEEL a.k.a. GSHL, STEEL SHIPPING
AND FORWARDING PLC a.k.a. STIL SHIPING END FORUARDING a.k.a. SSF**

Please take notice, there having been no appearance from the above-referenced

Defendants, and Defendant Stemcor (UK) Limited a/k/a Stemcor UK Limited having been

dismissed already from the action, that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). The attachment is hereby vacated and the garnishees are directed to release any funds that they may have secured.

Dated: July 10, 2008
New York, NY

The Plaintiff,
TRANSQUAY LIMITED PARTNERSHIP,

By: *[signature]*
Lauren C. Davies (LD 1980)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
ldavies@tisdale-law.com
ttisdale@tisdale-law.com

*[signature]*
U.S.D.J.

7-10-08

2